Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 14 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2007-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g), 924(a)(8) Felon in Possession of a Firearm |
| JOSE EFREN PADILLA SILVA, | |
| Defendant. | 18 U.S.C. § 924, 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about September 16, 2024, in the Eastern District of Washington, the Defendant, JOSE EFREN PADILLA SILVA, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson M&P Shield, 9mm pistol bearing serial number HUW4156, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g), 924(a)(8), as set forth in this Indictment, the Defendant, JOSE EFREN PADILLA SILVA, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

a Smith & Wesson M&P Shield, 9mm pistol bearing serial number HUW4156.

DATED this 14th day of January 2025.

A TRUE BILL

Foreperson

Vanessa R. Waldref
United States Attorney

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 2